

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00352-CR

ANDRES FRANCISCO MENDIETA,

Appellant

v.

THE STATE OF TEXAS,

Appellee

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-197-C1

## O R D E R

Appellant's pro se response to his counsel's *Anders* brief was filed on May 15, 2013 and was not taken into consideration in the Court's opinion. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Thus, the Court's opinion and judgment issued on May 16, 2013 are withdrawn. The Court's order granting counsel's motion to withdraw is also withdrawn. The State has 30 days from the date of this order to file its response, if any, to the *Anders* brief and appellant's response. If no

response from the State is to be filed, the State must notify the Court as soon as practicable.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Opinion, order, and judgment withdrawn
Order issued and filed May 23, 2013